E. Gerard Mannion (State Bar # 77287)
Email: gerry@mannionlowe.com
Kelly M. Mannion (State Bar # 278816)
Email: kelly@mannionlowe.com
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiff
VICTORIA SEIDMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA SEIDMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:15-cv-05815-MMC<br><br>**JOINT STIPULATION TO CONTINUE CMC CONFERENCE FROM MARCH 25, 2016 TO APRIL 22, 2016 OR AS APPROPRIATE; [PROPOSED] ORDER** |

///
///
///
///
///
///
///
///
///
///

1

1       The parties, by and through their counsel, hereby submit this stipulated request to continue

2   the Case Management Conference from March 25, 2016 at 10:30 a.m. to April 22, 2016, or such

3   other later date as is convenient for the court's calendar.

4       The reason for this request is that plaintiff's counsel has family coming from overseas

5   beginning on March 24, 2016, who will be staying for the Easter/early Passover Holiday.  The family

6   just decided to come in the last week.

7       Defense counsel has graciously agreed to join in the request.

8                                    Respectfully submitted,

9   Dated: March 8, 2016            MANNION & LOWE
                                    A Professional Corporation
10
                                    By:___/s/_____
11                                       E. Gerard Mannion
                                         Attorneys for Plaintiff
12                                       VICTORIA SEIDMAN

13

14  Dated: March 8, 2016            DENTONS US LLP

15                                  By:___/s/_____
                                         Sonia Martin
16                                       Attorneys for Defendants
                                         ALLSTATE INSURANCE COMPANY and
17                                       ALLSTATE INDEMNITY COMPANY

18

19

20                                  **ORDER**

21      It is so ordered that the CMC presently scheduled for March 25, 2016 is continued to

22   _April 22, 2016_____.

23

24  Dated: _March 9_____, 2016            _____
                                              Maxine M. Chesney
25                                            United States District Judge

26

2