E. GERARD MANNION (State Bar No. 183609)
KELLY M. MANNION (State Bar No. 278816)
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel.:   (415) 733-1050
Fax:   (415) 434-4810
E-Mail:   gerry@mannionlowe.com
          kelly@mannionlowe.com

Attorneys for Plaintiff
VICTORIA SEIDMAN

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
ELIZABETH THRONE (State Bar No. 274451)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California  94105
Telephone:   (415) 267-4000
Facsimile:   (415) 267 4198
E-mail:   michael.barnes@dentons.com
          sonia.martin@dentons.com
          elizabeth.throne@dentons.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA SEIDMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  3:15-cv-05815-MMC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 5, 2016

MANNION & LOWE

By: _____
E. GERARD MANNION

Attorneys for Plaintiff
VICTORIA SEIDMAN

Dated: August 15, 2016

DENTONS US LLP

By: _____
MICHAEL BARNES

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY
and ALLSTATE INDEMNITY
COMPANY

**IT IS SO ORDERED.**
Dated: August 15, 2016

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

100761030

CASE NO. 3:15-CV-05815-MMC — - 2 - — STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000